## Schedule A

| No. | Marketplace | Defendant Name | Merchant ID | Product ID |
|---|---|---|---|---|
| 1 | Walmart | Lovesky | 102614405 | 13389801395 |
| | | | | 13409121084 |
| | | | | 13413009986 |
| | | | | 13413109873 |
| | | | | 13420204198 |
| | | | | 14848101703 |
| | | | | 14866321254 |
| | | | | 14872008126 |
| | | | | 14872509880 |
| | | | | 14874567681 |
| | | | | 14879453899 |
| | | | | 14879453900 |
| | | | | 14879963379 |
| | | | | 14882304231 |
| | | | | 14884852726 |
| | | | | 14886820305 |
| | | | | 14887964457 |
| | | | | 14888018938 |
| | | | | 14888068474 |
| | | | | 14906106697 |